**SEALED** **FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

DEC 2 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06- 10112 |
| ) | |
| MICHAEL R. SULLIVAN ) | VIO: 21 U.S.C. §§ 846, 841(a)(1) and |
| ) | 841(b)(1)(A)(iii), 18 U.S.C. § 2 |
| a/k/a "SPOOK", ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT I

That from in or about September 2006, and continuing thereafter until on or about October 10, 2006, within the Central District of Illinois and elsewhere, the defendant,

**MICHAEL R. SULLIVAN a/k/a "SPOOK",**

did combine, conspire, confederate, and agree with other persons to knowingly and intentionally distribute and possess with intent to distribute at least fifty (50) grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

That on or about October 10, 2006, within the Central District of Illinois and elsewhere, the defendant,

**MICHAEL R. SULLIVAN a/k/a "SPOOK",**

did knowingly and intentionally possess with intent to distribute at least fifty (50) grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(iii), and Title 18, United States Code, Section 2.

A True Bill

s/Foreperson
Foreperson

s/US Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY
JHC*ksr