E-FILED
Friday, 22 December, 2006  02:07:31 PM
Clerk, U.S. District Court, ILCD

**IN UNITED STATES**  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF

| | | |
|---|---|---|
| _____ V.S. _____ | **FOR** | **LOCATION NUMBER** |
| | **AT** | DEC 2 2 2006 |

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**PERSON REPRESENTED** (Show your full name)

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

**DOCKET NUMBERS**

Magistrate

District Court  06-10112

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

---

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Perfection Auto Detailing Bm, IL

**IF YES,** how much do you earn per month? $ 1,600

**IF NO,** give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes  ☐ No
**IF YES,** how much does your Spouse earn per month? $ 7.10/hr  full time

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No

**RECEIVED**  **SOURCES**

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**  $ _____  _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  **IF YES,** state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No

**VALUE**  96 Crown Victoria

**DESCRIPTION**

**IF YES, GIVE THE VALUE AND DESCRIBE IT**  $ _____

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

**MARITAL STATUS**
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  wife  5 + 4

List persons you actually support and your relationship to them
Wyatt Dawkins 8
Alexis Sullivan 3
Breonna Sullivan 3
Michael Sullivan Jr 10 mos

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | Utilities (elec, water, gas cable) | $ | $ 745 |
| | Cell phone + house | $ | $ 500 |
| | | $ | $ 450 |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)  12/22/06

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶  X Michael Sullivan