E-FILED
Friday, 22 December, 2006  03:18:57 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>)<br>) CASE NO. **06-10112**<br>) |
| **Michael R Sullivan**<br>Defendant | )<br>)<br>) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **1:30 PM** on **Thursday, February 8, 2007**.

This matter is set for Jury Trial at 8:30 A.M. on **Tuesday, February 20, 2007**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 22nd day of December, 2006.

s/ John A. Gorman
_____
JOHN A. GORMAN
U.S. MAGISTRATE JUDGE