**E-FILED**

Friday, 12 January, 2007 12:11:17 PM
Clerk, U.S. District Court, ILCD

Thursday, 21 December, 2006 09:19:49 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**FILED**

JAN 1 2 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| *Plaintiff* | ) | |
| | ) | |
| *vs* | ) | |
| | ) | **CASE NO. 06-10112-001** |
| Michael R. Sullivan a/k/a "Spook" | ) | |
| 1                    ~~1ve.~~ | ) | |
| ~~Bloomington, IL~~ | ) | |
| *Defendant* | ) | |

TO:      THE U. S. MARSHAL and any
         AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Michael R. Sullivan, and bring him forthwith to the nearest magistrate judge to answer an Indictment charging him with Conspiracy to possess and distribute cocaine base (crack) in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(A)(iii) and Title 18, United States Code, Section 2.

RECEIVED
U.S. MARSHALS SERVICE
CENTRAL ILLINOIS
2006 DEC 22 A 9: 42

**JOHN M. WATERS**
Name of Issuing Officer

*John M. Waters*
*R. Knox*

_____
**Signature of Issuing Officer**

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer

12/21/06 Peoria, IL
_____
Date and Location

**Bail fixed at $ _No Bond_ by U.S. Magistrate Judge John A. Gorman.**

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _Bloomington_ |

| Date Received 11/22/06 | Name of Arresting Officer *Kevin Jackson* | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 12/21/06 | Title of Arresting Officer *DUSM* | |