E-FILED
Friday, 14 December, 2007  03:06:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-10112 |
| ) | |
| MICHAEL R. SULLIVAN, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO CONTINUE**

Now comes Defendant, MICHAEL R. SULLIVAN, by THOMAS R. IBEN, his Attorney, and moves to continue the Sentencing Hearing in this cause set for December 20, 2007, stating that:

1. That the Defendant was under subpoena in the cause set for State court the week of December 10, 2007, but that matter has been continued.

2. That the Defendant's presence in State court is needed for further\ proceedings.

3. That a continuance is being requested to accommodate that orderly administration of justice and would expected to materially assert in the orderly resolution of our case.

4. That counsel has communicated with Assistant U.S. Attorney Campbell who agrees that a continuance in the interest of justice is required, and a Continuance can be made on joint motion; the Probation office per Ms. Bailey has no objection to a continuance.

WHEREFORE, Defendant, MICHAEL R. SULLIVAN, moves to continue Defendant's sentencing hearing.

        Respectfully submitted,
        MICHAEL R. SULLIVAN, Defendant

    By: THOMAS R. IBEN, ATTORNEY AT LAW
     s/ Thomas R. Iben, Attorney Bar No. 7221
     Attorney for Defendant MICHAEL R. SULLIVAN

321-A Main Street  
Peoria, IL 61602-1313  
Telephone: (309) 674-7625  
Telefax: (309) 674-2806  
email: thomasriben@sbcglobal.net

## PROOF OF SERVICE

I hereby certify that on **December 14, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John Campbell, Assistant United States Attorney**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/ Thomas R. Iben, Attorney Bar No. 7221  
Attorney for Defendant MICHAEL R. SULLIVAN  
Thomas R. Iben, Attorney at Law  
321-A Main Street  
Peoria, IL 61602-1313  
Telephone: (309) 674-7625  
Telefax: (309) 674-2806  
email: thomasriben@sbcglobal.net