UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 06-10112 |
| MICHAEL R. SULLIVAN, ) | |
| Defendant. ) | |

## JOINT MOTION TO CONTINUE

NOW comes Defendant, MICHAEL R. SULLIVAN, by THOMAS R. IBEN, his Attorney, and moves to continue the Sentencing Hearing in this cause set for February 28, 2008, stating that:

1. That an orderly resolution of the Defendant's sentencing is dependent on a consideration of other cases set in this Court in March.

2. Furthermore, that the Defendant's presence in this court is needed for further proceedings.

3. That a continuance is being requested to accommodate that orderly administration of justice and would expected to materially assert in the orderly resolution of the related cases.

4. That Assistant United States Attorney John Campbell agrees that a continuance in the interest of justice is required, and a continuance ought be made on joint motion.

WHEREFORE, Defendant, MICHAEL R. SULLIVAN, moves to continue Defendant's sentencing hearing to some date after April 1, 2008.

Respectfully submitted,

MICHAEL R. SULLIVAN, Defendant

By: THOMAS R. IBEN, ATTORNEY AT LAW
    s/ Thomas R. Iben, Attorney Bar No. 7221
    Attorney for Defendant MICHAEL R. SULLIVAN
    Thomas R. Iben, Attorney at Law
    321-A Main Street
    Peoria, IL 61602-1313
    Telephone: (309) 674-7625

Telefax: (309) 674-2806
email: thomasriben@sbcglobal.net

**PROOF OF SERVICE**

I hereby certify that on **February 21, 2008**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **John Campbell, Assistant United States Attorney**, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: N/A.

s/ Thomas R. Iben, Attorney Bar No. 7221
Attorney for Defendant MICHAEL R. SULLIVAN
Thomas R. Iben, Attorney at Law
321-A Main Street
Peoria, IL 61602-1313
Telephone: (309) 674-7625
Telefax: (309) 674-2806
email: thomasriben@sbcglobal.net