E-FILED
Monday, 18 August, 2008  03:10:01 PM
Clerk, U.S. District Court, ILCD

06-10112

**FILED**

AUG 1 8 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Your Honor:

I know you are a very busy man so I won't take much of your time. My name is Michael Sullivan, I'm currently waiting to be sentenced in front of your honor. I'm writing because I've not been able to get in contact with my lawyer in over four months. He has had a block on his phone since October of last year. Everytime I say something about it, he promises it will be taken care of. Safe to say sir it has not or I wouldn't be writing you. I've wrote numerous letters to his office, and my family continues to call Mr. Allen but to no avail I haven't received a letter, visit or phone call. I know he is a busy man also but how can he represent me to the fullest extent if he doesn't communicate with me or my family. The circumstances around my case are difficult because of my cooperation but he doesn't even contact me to let me know of my court dates or other circumstances around

my case. I've had no communication at all with this man since early April. If you could please Sir find some way to help me out in this regard.

Sincerly

Michael R. Sullivan

P.S. This has been an ongoing problem. I just didn't want to make Mr. Given mad and was afraid he wouldn't represent me to his fullest. But this is a very serious issue Because it's my life we are dealing with.

Michael R Sullivan